# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a/ RYOO DENTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>    vs.<br><br>DARBY DENTAL SUPPLY, LLC,<br><br>Defendant | Case No.: 8:17-cv-00233-JLS-KES<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS** |

The Court has reviewed the Stipulation to Dismiss of Plaintiff Ryoo Dental, Inc. d/b/a Ryoo Dental and Defendant Darby Dental Supply, LLC.  Good cause

{00074562;1}

appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
Hon. Josephine L. Staton
United States District Judge