JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a/ RYOO DENTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DARBY DENTAL SUPPLY, LLC,<br><br>Defendant | Case No.: 8:17-cv-00233-JLS-KES<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

1

The Court has reviewed the Stipulation to Dismiss of Plaintiff Ryoo Dental, Inc. d/b/a Ryoo Dental and Defendant Darby Dental Supply, LLC.  Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Date:  November 14, 2017    _____
                            Hon. Josephine L. Staton
                            United States District Judge